UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ELIZABETH GIRARD                                                                    PLAINTIFF

V.                                        NO. 3:20-CV-00306-JTR

ANDREW SAUL,
  Commissioner of Social Security                                        DEFENDANT

## ORDER

Before the Court is the Plaintiff's Unopposed Motion for Extension of Time to file an opening brief.

IT IS HEREBY ORDERED that the Plaintiff's Motion (*Doc. 12*) is GRANTED. The Court's Scheduling Order (*Doc. 11*) is modified to provide that Plaintiff's appeal brief is due May 19, 2021. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

DATED this 27th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE