# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ELIZABETH GIRARD                                                                                   PLAINTIFF

V.                                          No. 3:20-CV-00306-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 28th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE